LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff
Biosuccess Biotech, Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BIOSUCCESS BIOTECH, CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> RICH PHARMACEUTICALS, INC., a Nevada Corporation formerly known as Nepia, Inc., IMAGIC, LLC, a California LLC, RICHARD L. CHANG HOLDINGS, LLC, a New Jersey LLC, BEN CHANG, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 14-CV-00310 JAK (ANx) <br><br> Judge John A. Kronstadt <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT RICH PHARMACEUTICALS, INC.** |

**PROOF OF SERVICE**

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ENOCH H. LIANG, Bar #212324<br>LEE TRAN LIANG & WANG LLP<br>601 S. FIGUEROA STREET<br>SUITE 3900<br>LOS ANGELES, CA  90017 | | | | |
| Telephone No: 213-612-8900 | FAX No: 213-612-3773 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U. S. District Court Central District Of Calif.-Western Division | | | | |
| Plaintiff: BIOSUCCESS BIOTECH, CO., LTD. | | | | |
| Defendant: RICH PHARMACEUTICALS, INC., ETC., ET AL. | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV14-00310-PA (JCGX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); NOTICE OF RELATED CASES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; BIOSUCCESS BIOTECH, CO., LTD.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

3. a. Party served: RICH PHARMACEUTICALS, INC., A NEVADA CORPORATION FORMERLY KNOWN AS NEPIA, INC.
   b. Person served: LINDSEY QUACKENBUSH, PERSON AUTHORIZED BY THE CORPORATION TO RECEIVE SERVICE OF PROCESS, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 3273 E. WARM SPRINGS ROAD
   LAS VEGAS, NV  89101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jan. 21, 2014 (2) at: 9:22AM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LEIDY PAOLA SERNA
   b. First Legal Investigations, PI/PS #1452
   Registration# R-029907
   704 S. Sixth Street
   LAS VEGAS, NV  89101
   c. 702-671-4002
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jan. 24, 2014

(LEIDY PAOLA SERNA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

3757243   .enoli.587676