LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff
Biosuccess Biotech, Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BIOSUCCESS BIOTECH, CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> RICH PHARMACEUTICALS, INC., a Nevada Corporation formerly known as Nepia, Inc., IMAGIC, LLC, a California LLC, RICHARD L. CHANG HOLDINGS, LLC, a New Jersey LLC, BEN CHANG, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 14-CV-00310 JAK (ANx) <br><br> [Related Case: 2:13-cv-01340-JAK-AN] <br><br> Judge John A. Kronstadt <br><br> **PLAINTIFF BIOSUCCESS BIOTECH, CO., LTD.'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT RICH PHARMACEUTICALS, INC.** <br><br> [Concurrently filed with the Declaration of Enoch Liang In Support] |

**REQUEST FOR ENTRY OF DEFAULT AGAINST RICH PHARMACEUTICALS, INC.**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff BIOSUCCESS BIOTECH, CO., LTD. ("Biosuccess") respectfully requests that the Clerk of the above-entitled Court enter default in this matter against Defendant RICH PHARMACEUTICALS, INC. ("Defendant") based on the following:

1. On January 14, 2014, Biosuccess filed a complaint alleging, inter alia, patent and copyright infringement, against Defendant. *See* Dkt. No. 1; Declaration of Enoch H. Liang In Support of Plaintiff Biosuccess Biotech, Co., Ltd.'s Request For Entry of Default ("Liang Decl."), at ¶ 2.

2. Defendant was served with the summons and complaint on January 21, 2014 by personal service on Lindsey Quackenbush at Cane Clark Agency LLP, a Nevada law firm authorized by the Defendant (which is a Nevada Corporation) to receive service of process. *See* Dkt. No. 12; Liang Decl., at ¶ 3.

3. The time for Defendant to respond or otherwise defend against Plaintiff's complaint has expired. Defendant's response deadline was February 11, 2014. *See* Fed. R. Civ. P. 12(a)(1); Liang Decl., at ¶ 4.

4. Defendant is neither a minor nor an incompetent person, and Defendant is not a member of the U.S. military. Liang Decl., at ¶ 5.

5. To date, Defendant has not filed a pleading in response to Plaintiff's complaint, nor has Defendant taken any action that otherwise indicates Defendant's intent to defend the suit. For example, Defendant has filed neither an answer nor any motion in response to Plaintiff's complaint. Liang Decl., ¶ 6.

6. Also, on February 14, 2014 and again on February 21, 2014, Plaintiff's counsel conferred with counsel for Richard Chang in related Case No. 2:13-cv-01340-JAK-AN (*Richard Chang v. Biosuccess*) regarding the possibility of consolidating the two actions and regarding whether they were representing the defendants in this action. Richard Chang's counsel stated that their firm currently did not represent any of the defendants in this action and that he could not state

whether their firm would represent any of the defendants in this action. Liang Decl., ¶ 7.

7. The Court must enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

8. Defendant has failed to plead or defend as required by the Federal Rules, and therefore it is appropriate for this Court to enter default against Defendant with respect to Plaintiff's complaint.

For the reasons set forth above, Plaintiff respectfully requests that the Clerk of this Court enter default against Defendant on Plaintiff's complaint.

Dated: February 21, 2014

Respectfully Submitted,

LEE TRAN & LIANG LLP

By: /s/ Enoch H. Liang
    Enoch H. Liang
Attorneys for Plaintiff
BIOSUCCESS BIOTECH, CO., LTD.