# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV14-00310 JAK (Anx) | Date | May 12, 2014 |
| Title | Biosuccess Biotech Co., Ltd. v. Rich Pharmaceuticals, Inc., et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Ryan Quale/Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Heather F. Auyang | Christopher J. Sargent |
| Kevin Bringuel | |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DKT. 30)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative view that it is inclined to grant in part and deny in part Defendant's Motion to Dismiss Plaintiff's Complaint (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a written ruling.

The scheduling conference is held. Counsel inform they Court that this action is related to two cases pending in the Northern District of California wherein a motion to transfer to this Court is set in both cases. Additionally, a separate related action is currently pending before this Court, Case No. LA CV13-01340 JAK (ANx) (the "Related Case"). The Court requests the parties to further discuss the issue of consolidation as to the Related Case. Counsel shall file a joint report by May 19, 2014, which shall include the parties' respective or collective views on consolidation, an amended Schedule of Pretrial and Trial Dates (Schedule A) in this action with a comparison of the dates set in the Related Case, and how the dates in this action would affect the dates set in the Related Case if the cases are not consolidated. The Court will set the dates in this action upon review of the parties' joint report.

If the parties agree that this action should be consolidated with the Related Case, counsel shall file a stipulation and proposed order regarding such in the Related Case.

**IT IS SO ORDERED.**

| | : | 22 |
|---|---|---|
| Initials of Preparer | rmq | |