LEE TRAN & LIANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlattorneys.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Attorneys for Plaintiff
Biosuccess Biotech, Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOSUCCESS BIOTECH, CO., LTD.,<br><br>         Plaintiff,<br><br>   v.<br><br>RICH PHARMACEUTICALS, INC., a Nevada Corporation formerly known as Nepia, Inc., IMAGIC, LLC, a California LLC, RICHARD L. CHANG HOLDINGS LLC, a New Jersey LLC, BEN CHANG, an individual, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. CV14-00310 JAK (ANx)<br><br>Hon. John A. Kronstadt<br><br>**REVISED SCHEDULE "A" TO THE JOINT RULE 16(b) REPORT**<br><br>Date:      None<br>Time:<br>Courtroom: |

1    Pursuant to Court's request at the May 12, 2014 hearing, the parties submit a

2 revised Schedule A that sets forth the parties' respective dates for this case, as well

3 as the remaining dates in the second case before this Court, Case No. CV13-1340

4 (JAK).

5

6                                        Respectfully submitted:

7 Dated:  May 19, 2014              **LEE TRAN & LIANG LLP**

8

9                                 By:  /s/ Enoch H. Liang
                                         Enoch H. Liang
10                                   Attorneys for Plaintiff
                                     BIOSUCCESS BIOTECH, CO., LTD.
11

12
   Dated:  May 19, 2014              **ENTREPRENEUR LAW GROUP LLP**
13

14
                                  By:  /s/ Jack Russo
15                                       Jack Russo
                                     Attorneys for Defendants
16                                   RICH PHARMACEUTICALS, INC. ET
                                     AL.
17

18          **ATTESTATION OF E-FILED SIGNATURES**

19     I, Heather F. Auyang, am the ECF user whose ID and password are being

20 used to file this REVISED SCHEDULE A TO THE JOINT RULE 16(b) REPORT.

21 In compliance with Civil L.R. 5-4.3.4, I hereby attest that Chris Sargent has

22 concurred in this filing's content and has authorized this filing.

23

24 Dated:  May 19, 2014              By: /s/ Heather F. Auyang
                                     Heather F. Auyang
25

26

27

28
                                    1

## EXHIBIT A – SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: | 2:14-cv-00310-JAK-AN |
|---|---|
| Case Name: | Biosuccess Biotech, Co., Ltd. v. Rich Pharmaceuticals, Inc., et al. |

| Hearings: | | Plaintiff(s) Request | Defendant(s) Request | CV13-1360 (JAK) |
|---|---|---|---|---|
| [ ] Jury Trial [ ] Court Trial: (**Tuesday at 9:00 a.m.**) <br><br> Duration Estimate: ____ Days / ____ Weeks | | 5-7 Days 12/2/14 *** | 5-7 Days 6/15/15 | 6/17/14 |
| Status Conference re Exhibits: (**Friday at 3:00 p.m.**) *(Friday before the trial date)* | | 11/28/14 | 6/12/15 | 6/13/14 |
| Final Pretrial Conference: (**Monday at 3:00 p.m.**) *(Two weeks before the trial)* | | 11/17/14 | 6/1/15 | 6/2/14 |

| Deadlines: | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | EX35/3562" (JAK) |
|---|---|---|---|---|
| Last Date to Hear Motions (not file) | 8 | 10/6/14 | 4/20/15 | |
| Expert Discovery Cut–Off | 8 | 10/6/14 | 4/20/15 | |
| Expert Disclosure (Rebuttal) | 10 | 9/22/14 | 4/6/15 | |
| Expert Disclosure (Initial) | 12 | 9/8/14 | 3/23/15 | |
| Non–Expert Discovery Cut–Off | 14 | 8/25/14 | 3/9/15 | |
| Last Date to Add Parties/Amend Pleadings | | 7/14/14 | 9/22/14 | |

| Settlement Procedure Selection: *(ADR–12 Form will be completed by Court after scheduling conference)* | Plaintiff(s) Request | Defendant(s) Request | EX35/3562 (JAK) |
|---|---|---|---|
| 1. Magistrate Judge <br> 2. Attorney Settlement Officer Panel <br> 3. Outside ADR/Non–Judicial (Private) | 3 | 2, 3 | |
| Last day to conduct settlement conference/mediation | | | |
| Post Mediation Status Conference: (**Monday at 1:30 pm**) *(14 days after the last day to conduct settlement)* | | | |
| Notice of Settlement / Joint Report re Settlement *(10 days before PMSC)"* | | | |

***If the two Northern District of California cases are transferred and consolidated to this Court, this trial date should be continued to accomodate the additional claims and parties.