1  LEE TRAN & LIANG LLP
   Enoch H. Liang (SBN 212324)
2  enoch.liang@ltlattorneys.com
   Heather F. Auyang (SBN 191776)
3  heather.auyang@ltlattorneys.com
   Lisa J. Chin (SBN 259793)
4  lisa.chin@ltlattorneys.com
   601 S. Figueroa Street, Suite 4025
5  Los Angeles, CA 90017
   Telephone: (213) 612-8900
6  Facsimile: (213) 612-3773

7  Attorneys for Plaintiff
   Biosuccess Biotech, Co., Ltd.

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12

13  BIOSUCCESS BIOTECH, CO., LTD.,          Case No. CV14-00310 JAK (ANx)

14                                          Hon. John A. Kronstadt
                    Plaintiff,
15            v.                            **AMENDED JOINT RULE 16(b)
                                            REPORT**
16  RICH PHARMACEUTICALS, INC., a
17  Nevada Corporation formerly known as    Date:          None
    Nepia, Inc., IMAGIC, LLC, a California  Time:
18  LLC, RICHARD L. CHANG HOLDINGS          Courtroom:
    LLC, a New Jersey LLC, BEN CHANG,
19  an individual, and DOES 1 through 10,
    inclusive,
20
21                  Defendants.
22

23

24

25

26

27

28

1     The parties respectfully submit this <u>Amended</u> Joint Rule 16(B) Report, which

2    supplements their filing yesterday of the Revised Schedule "A" [Dkt. No. 39].  The

3    Revised Schedule "A" is also attached for the Court's convenience.

4     The parties submit this <u>Amended</u> Joint Rule 16(B) Report to fully respond to

5    the Court's questions at the May 12, 2014 Hearing.  Specifically, the Court inquired

6    concerning the parties' proposal of consolidation between Case No. CV13-1340

7    (JAK) and the present case.

8    **I.**    **<u>Plaintiff Biosuccess's Position on Consolidation</u>**:

9     With respect to the two cases presently before this Court, in Case No. CV13-

10    1340, Plaintiff Biosuccess filed an *ex parte* motion for an order to continue the trial

11    and related dates from June 17, 2014 to December 2, 2014.  [Dkt. No. 177 at 2:2-

12    17].  Revised Schedule "A" filed yesterday tracks the December 2, 2014 trial date,

13    but noted that if the two Northern District of California cases (discussed below) are

14    transferred to this Court in early June 2014, this trial date should be further

15    continued to accommodate the additional claims and additional parties.

16     There are currently pending **<u>four</u>** related cases between the parties—two in

17    the Northern District and two in the Central District before this Court.  Plaintiff has

18    filed motions to transfer the Northern District cases to the Central District.  The

19    hearing dates for the motions to transfer are set in the Northern District cases for

20    **<u>June 5 and June 6, 2014</u>**, respectively.  In one Northern District case, the Court has

21    already cancelled the case management conference in view of the impending motion

22    to transfer.

23     Once transferred, Biosuccess will seek to consolidate **<u>all four</u>** related cases

24    before this Court for one trial.  Transfer and consolidation would best avoid

25    inconsistent judgments and preserve this Court's resources.

26     Once transfer and consolidation are completed, and discovery is finished for

27    **<u>all</u> <u>four</u>** related cases, Plaintiff requests that the Court set a schedule for a bifurcated

28    bench or bifurcated jury trial consisting of two phases.  Phase 1 will be on the

1

1  controlling agreement issue.  Phase 2 will be on the remaining issues and causes of

2  action in **all four** pending, consolidated cases.

3

4  **II.       Defendants' Position**:

5         Defendants do not believe consolidation is necessary here given the

6  differences between the facts underlying the cases. The only overlap with Case No.

7  *Richard Chang v. Biosuccess Biotech Co., Ltd. et al.*, CV13-1340 (JAK) (the

8  "Richard Chang Action") is the participation of counsel and Biosuccess. None of the

9  Defendants herein are parties to that case, the facts underlying Plaintiff's claims in

10  this dispute are based on activities that took place after the filing the Richard Chang

11  Action. The two cases current before the Northern District also deal with distinct

12  issues, primarily the collection of unpaid wages.

13         Due to the overlap of counsel and Biosuccess, Defendants are willing to agree

14  to pretrial consolidation of these two cases to the extent that such consolidation does

15  not affect or alter the June 17, 2014 trial date set for the Richard Chang Action.

16  Given the short amount of time before trial, however, we anticipate there will be

17  little ability to coordinate between the two cases. In the event consolidation does

18  occur, further phasing of any trial beyond just the question of the controlling

19  contract may also be appropriate depending on the results of discovery.

20  Accordingly, Defendants believe consolidation is not necessary and will have little

21  effect.

22                                    Respectfully submitted:

23  Dated:  May 20, 2014

                                      **LEE TRAN & LIANG LLP**

24

25                                    By:  /s/ Enoch H. Liang

26                                         Enoch H. Liang
                                      Attorneys for Plaintiff
27                                    BIOSUCCESS BIOTECH, CO., LTD.

28

Dated:  May 20, 2014

**ENTREPRENEUR LAW GROUP LLP**

By:  /s/ Jack Russo
     Jack Russo
Attorneys for Defendants
RICH PHARMACEUTICALS, INC. ET AL.

## ATTESTATION OF E-FILED SIGNATURES

I, Heather F. Auyang, am the ECF user whose ID and password are being used to file this AMENDED JOINT RULE 16(b) REPORT.  In compliance with Civil L.R. 5-4.3.4, I hereby attest that Chris Sargent has concurred in this filing's content and has authorized this filing.

Dated:  May 20, 2014

By: /s/ Heather F. Auyang
Heather F. Auyang

3

# EXHIBIT A – SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: | 2:14-cv-00310-JAK-AN |
| Case Name: | Biosuccess Biotech, Co., Ltd. v. Rich Pharmaceuticals, Inc., et al. |

| Hearings: | | Plaintiff(s) Request | Defendant(s) Request | CV13-1360 (JAK) |
|---|---|---|---|---|
| [ ] Jury Trial [ ] Court Trial: (**Tuesday at 9:00 a.m.**) Duration Estimate: ____ Days / ____ Weeks | | 5-7 Days 12/2/14 *** | 5-7 Days 6/15/15 | 6/17/14 |
| Status Conference re Exhibits: (**Friday at 3:00 p.m.**) *(Friday before the trial date)* | | 11/28/14 | 6/12/15 | 6/13/14 |
| Final Pretrial Conference: (**Monday at 3:00 p.m.**) *(Two weeks before the trial)* | | 11/17/14 | 6/1/15 | 6/2/14 |

| Deadlines: | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | EX35/3562" (JAK) |
|---|---|---|---|---|
| Last Date to Hear Motions (not file) | 8 | 10/6/14 | 4/20/15 | |
| Expert Discovery Cut–Off | 8 | 10/6/14 | 4/20/15 | |
| Expert Disclosure (Rebuttal) | 10 | 9/22/14 | 4/6/15 | |
| Expert Disclosure (Initial) | 12 | 9/8/14 | 3/23/15 | |
| Non–Expert Discovery Cut–Off | 14 | 8/25/14 | 3/9/15 | |
| Last Date to Add Parties/Amend Pleadings | | 7/14/14 | 9/22/14 | |

| Settlement Procedure Selection: *(ADR–12 Form will be completed by Court after scheduling conference)* | Plaintiff(s) Request | Defendant(s) Request | EX35/3562 (JAK) |
|---|---|---|---|
| 1. Magistrate Judge 2. Attorney Settlement Officer Panel 3. Outside ADR/Non–Judicial (Private) | 3 | 2, 3 | |
| Last day to conduct settlement conference/mediation | | | |
| Post Mediation Status Conference: (**Monday at 1:30 pm**) *(14 days after the last day to conduct settlement)* | | | |
| Notice of Settlement / Joint Report re Settlement *(10 days before PMSC)"* | | | |

***If the two Northern District of California cases are transferred and consolidated to this Court, this trial date should be continued to accomodate the additional claims and parties.