1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  ENTREPRENEUR LAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for
   RICH PHARMACEUTICALS, INC,
7  IMAGIC, LLC, RICHARD L. CHANG
   HOLDINGS, LLC, and BEN CHANG
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | **Biosuccess Biotech, Co. Ltd.**, | **Case No. CV13-01340 JAK (ANx)** |
|---|---|---|
| 13 | Plaintiff; | |
| 14 | v. | **DECLARATION OF CHRISTOPHER SARGENT IN SUPPORT OF MOTION TO DISMISS BIOSUCCESS' COMPLAINT FROM CONSOLIDATED CASE NO. 2:13-CV-00310 JAK UNDER RULE 12(B)(6); OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT UNDER F.R.C.P RULE 56** |
| 15 | **Rich Pharmaceuticals, Inc.,** a Nevada Corporation formerly known as Nepia, Inc., **Imagic, LLC**, a California LLC**, Richard L. Chang Holdings, LLC**, a New Jersey LLC**, Ben Chang,** an individual**, and Does 1** through **10**, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21
22
23
24
25
26
27
28

Sargent Declaration                                      Case No. CV13-01340 JAK (ANx)

I, Christopher Sargent, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Entrepreneur Law Group LLP, counsel for Rich Pharmaceuticals Inc., Imagic LLC, Richard L. Chang Holdings LLC, and Ben Chang in this matter. I have personal knowledge of the facts set forth in this declaration, and if called to do so I could and would testify competently to the same. I make the statements here of my own personal knowledge, except where stated on information and belief, which statements I believe to be true, and if called to do so, I could and would testify competently to those matters stated here.

2. Attached as **Exhibit 1** is a true and correct copy of selected pages from the deposition of Chi-Ming (Fred) Wu, Chief Executive Office of Biosucces Biotech, Co., Ltd. (Cayman and Nevada entities). That deposition was taken by Jack Russo on March 6, 2014.

I declare under penalty of perjury that the foregoing are true and correct of my personal knowledge, and that this Declaration was entered into on this 13th day of June 2014 in San Francisco, California.

          /s/ Christopher Sargent
          Christopher Sargent