UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In RE: Richard L. Chang | Lead Case No. LA CV13-01340 JAK (JCGx) |
|---|---|
| ALL CASES | Consolidated Cases:<br>LA CV14-00310 JAK (ANx)<br>LA CV14-04511 JAK (ANx)<br>LA CV14-04446 JAK (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE JS-6** |

Lead Case No. LA CV13-01340 JAK(JCG)

1    This matter having come before the Court on the Parties' Joint Stipulation
2  for Dismissal with Prejudice (the "Stipulation") and all matters properly before the
3  Court, and for good cause appearing,

4    IT IS HEREBY ORDERED that the terms of the settlement agreement
5  executed by the parties on December 10, 2015 and attached as Exhibit A to the
6  Stipulation (the "Settlement Agreement") are incorporated into this order. Dkt.
7  458-1, *Lead Case*.

8    IT IS FURTHER ORDERED that the entire dispute, including the above-
9  captioned action, all other actions consolidated therein, and all claims by the
10 Chang Parties against the Biosuccess Parties and all claims by the Biosuccess
11 Parties against the Chang Parties, is dismissed with prejudice. Each Party shall
12 bear its own costs and attorney's fees.  The Court shall retain jurisdiction over the
13 case for the sole purpose of enforcing compliance with the terms of the Settlement
14 Agreement.

16    IT IS SO ORDERED.

18 Date: January 21, 2016

_____
Hon. John A. Kronstadt
United States District Judge